# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHANNON DIXON STRAUB ) | Case No. 15-35823-KLP |
| ) | Chapter 13 |
| Debtor ) | |

## WITHDRAWAL OF MOTION TO AVOID LIENS

COMES NOW the Debtor, by counsel, and hereby Withdraws the Motion to Avoid Liens previously filed herein (Docket No. 56).

Respectfully submitted,

SHANNON DIXON STRAUB
By Counsel

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof.

/s/ James E. Kane
Counsel for Debtor